IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MARITZA D. CRUZ RODRIGUEZ<br>Plaintiff<br>vs<br>UNIVERSITY OF PUERTO RICO; XYZ CORPORATION; JOHN DOE; INSURANCE COMPANY ABC<br>Defendants | CIVIL 18-1575CCC |

## JUDGMENT

Having considered the Notice of Voluntary Dismissal without Prejudice filed by plaintiff Maritza D. Cruz Rodríguez on December 6, 2018 (**d.e. 9**), the same is NOTED. Accordingly, it is ORDERED and ADJUDGED that judgment be and is hereby entered DISMISSING this action, without prejudice.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on December 19, 2018.

S/CARMEN CONSUELO CEREZO
United States District Judge